**COM.**

v.

**HURLEY, K.**

**2457 EDA 2016**

Superior Court of Pennsylvania.

04/04/2017

CP–15–CR–0002888–2008 (Chester)

Affirmed

**MURRAY, D.**

v.

**THOMAS JEFFERSON UNIVERSITY**

**2617 EDA 2016**

Superior Court of Pennsylvania.

04/04/2017

June Term, 2014 No. 140600327 (Philadelphia)

Affirmed

**IN the INTEREST OF: J.M.D., a Minor**

**2692 EDA 2016**

Superior Court of Pennsylvania.

04/04/2017

CP–51–AP–0000607–2016 (Philadelphia)

Affirmed

**COM.**

v.

**GUARRASI, J.**

**2728 EDA 2016**

Superior Court of Pennsylvania.

04/04/2017

CP–09–CR–0005423–2004 (Bucks)

Affirmed

**CARLITZ, J.**

v.

**DELTA MEDIX, P.C.**

**1370 MDA 2015**

Superior Court of Pennsylvania.

04/04/2017

11–CV–1458 (Lackawanna)

Affirmed/Remanded

**HOUSING OPPORTUNITY PARTNERS**

v.

**JACKSON, C. & B.**

**768 MDA 2016**

Superior Court of Pennsylvania.

04/04/2017

13–1961 (Berks)

Affirmed